UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | CR116-76 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL DESINOR | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on October 4, 2016, a federal grand jury sitting in the Southern District of Georgia returned a one-count Indictment against Defendant Samuel Desinor and two others charging a violation of 18 U.S.C. § 371 (Count One – Conspiracy);

WHEREAS, the Indictment sought forfeiture pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such offense charged in Count One of the Indictment, including but not limited to a money judgment in the amount of the gross proceeds obtained as a result of such offense;

WHEREAS, the Indictment additionally sought forfeiture pursuant to 18 U.S.C § 492 of any personal property used or intended to be used to commit the offense charged in Count One of the Indictment;

WHEREAS, the Indictment further provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p) as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on December 16, 2016, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 371, Conspiracy;

WHEREAS, pursuant to his plea agreement, Defendant agreed to entry of an Order of Forfeiture reflecting a money judgment in the amount of gross proceeds he received as a result of the violation to which he pled guilty, as determined by the Court at sentencing; and

WHEREAS, pursuant to his plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), Defendant shall forfeit to the United States the sum of $498 59 , which is the sum of money equal to all gross proceeds traceable to Defendant's offense of conviction.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to

substitute property to satisfy the money judgment in whole or in part.

4. In accordance with the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is authorized to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. This Court shall retain jurisdiction for the purpose of enforcing this Order.

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Patricia G. Rhodes, United States Attorney's Office for the Southern District of Georgia, P.O. Box 2017, Augusta, Georgia 30903.

Date: 4/14/2017

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

_____
Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar Number 307288
P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517

Date: 4/14/17

_____
Samuel Desinor
Defendant

_____
Robert T. Homlar, Esq.
Attorney for Defendant

Date: 4-14-17

- 3 -